**E-Filed 4/22/2011**

1 | **THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
JOE HAND PROMOTIONS, INC.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ALDO JIMENEZ JUAREZ, ET AL.,<br><br>Defendants. | Case No. CV 10-05580-JF<br><br>ORDER (Proposed) GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE |

**ORDER**

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

///

///

///

**ORDER (Proposed) GRANTING PLAINTIFF'S**
***EX-PARTE* APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE**
**PAGE 1**

Plaintiff is granted an additional sixty (60) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant Aldo Jimenez Juarez where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

_____   Date: April 22, 2011
**Honorable Jeremy Fogel**
**United States District Court Judge**
**Northern District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**ORDER (Proposed) GRANTING PLAINTIFF'S**
*EX-PARTE* **APPLICATION FOR AN ORDER EXTENDING**
 **TIME TO COMPLETE SERVICE**
**PAGE 2**